1  TROUTMAN PEPPER
   HAMILTON SANDERS LLP
2  Jessica R. Lohr, Bar No. 302348
   jessica.lohr@troutman.com
3  5 Park Plaza, Suite 1400
   Irvine, CA 92614
4  Telephone: 858.509.6044
   Facsimile:  858.509.6040
5
   Attorneys for Defendant and
6  Cross-Complainant Truist Bank

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JAM CAPITAL MANAGEMENT, INC., | Case No.  2:21-cv-3306 MWF (Ex) |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CROSS-DEFENDANT JP MORGAN CHASE BANK, NA ONLY** |
| vs. | |
| TRUIST FINANCIAL CORPORATION, TRUIST BANK AND DOES 1 TO 10, | |
| Defendants | |
| TRUIST BANK, | |
| Cross-Complainant, | |
| vs. | |
| JAM CAPITAL MANAGEMENT INC., BANCO INBURSA, S.A.; JP MORGAN CHASE BANK, NA; SKY EYE MEASUREMENT INC. | |
| Cross-Defendants | |

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant and Cross-Complainant Truist Bank hereby dismisses Cross-Defendant JP Morgan Bank, NA ("JP Morgan") from this action, without prejudice, based on JP Morgan's representation that it asserts no claim to the funds at issue in this matter.

Dated: August 18, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Jessica R. Lohr
Jessica R. Lohr

Attorneys for Defendant and Cross-Complainant Truist Bank